UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CR00739 HEA (AGF) |
| ) | |
| DAWN HATTER, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

On motion of Defendant (Doc. #18), and for good cause shown, the waiver hearing on pretrial motions is hereby rescheduled to **Thursday, March 30, 2006, at 3:00 p.m.**

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 16th day of March, 2006.